IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARY GAITHER,

   Plaintiff,

    v.

CAROLYN W. COLVIN
Commissioner of Social Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-3584-TWT

**ORDER**

This is an action seeking Social Security benefits. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Plaintiff's unopposed Motion to Dismiss [Doc. 10]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of October, 2014.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge